IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GREGORY WOLFE** | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| | : | **NO. 13-3315** |
| v. | : | |
| | : | |
| **TBG LIMITED**, *et al.* | : | |
| *Defendants* | : | |

### O R D E R

**AND NOW,** this 28th day of January 2014, upon consideration of the motions to dismiss Plaintiff's complaint filed by Defendants TBG Limited, Megger Group Limited, Avo International Inc., Avo Multi-Amp, Peter Frank, Alan Hardie and Heinrich Thyssen pursuant to Federal Rule of Civil Procedure 12(b)(6) [ECF 5, 26, and 29], Plaintiff's responses thereto [ECF 11, 28, and 31], and the allegations contained in the complaint [ECF 1], it is hereby **ORDERED** that the motions to dismiss are **GRANTED**, and Plaintiff's complaint is **DISMISSED**.

BY THE COURT:

_____
NITZA I. QUIÑONES ALEJANDRO, J.